**96–2605. State ex rel. Marinucci v. Indus. Comm.**
Franklin App. No. 96APD02–164. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due January 15, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Monday, January 27, 1997*

## MOTION DOCKET

**95–2591. Sharon Village Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1214. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for additional time for oral argument currently scheduled for February 19, 1997,

IT IS ORDERED by the court that the motion for additional time for oral argument be, and hereby is, granted, and time is extended to twenty minutes per side.

**95–2594. Derby Downs Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1215. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for additional time for oral argument currently scheduled for February 19, 1997,

IT IS ORDERED by the court that the motion for additional time for oral argument be, and hereby is, granted, and time is extended to twenty minutes per side.

**95–2596. Cherry Lee Ltd., Realty Dev. Co. #3 v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 94–M–1325 and 94–M–1326. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion for additional time for oral argument currently scheduled for February 19, 1997,

IT IS ORDERED by the court that the motion for additional time for oral argument be, and hereby is, granted, and time is extended to twenty minutes per side.

## MISCELLANEOUS DISMISSALS

**96–2411. State v. Dillon.**
Monroe App. No. 725. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due January 17, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*